LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Tel./Fax (702) 222-0007 / (702) 222-0001
Email: Lisa@VeldLaw.com

*Attorneys for Leilani Blanco*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-0298 |
| Plaintiff, | **STIPULATION TO MOVE INITIAL APPEARANCE DATE; AND ORDER** |
| v. | |
| LEILANI BLANCO, | |
| Defendant. | |

COME NOW the parties, Defendant Leilani Blanco, by and through her counsel, Lisa A. Rasmussen, and the United States of America, by and through its counsel, AUSA Kimberly Sokolich, and hereby stipulate as follows:

1. The initial appearance in this matter is presently scheduled for November 3, 2020 at 3 p.m.

2. Ms. Blanco is not in custody and is appearing via a Summons.

3. Ms. Rasmussen is not available on November 3, 2020 and has requested that the court move the hearing to a different date.

4. The parties agree to have this matter heard on November 5, 2020.

5. Ms. Rasmussen has coordinated the pretrial services interview for November 2,

1

2020.

6.  All parties anticipate appearing via video.

IT IS SO STIPULATED.

Dated October 30, 2020.

THE LAW OFFICES OF KRISTINA WILDEVELD

*/s/ Lisa A. Rasmussen*

LISA A. RASMUSSEN, ESQ. (NV Bar No. 7491)

NICHOLAS TRUTANICH, UNITED STATES ATTORNEY
DISTRICT OF NEVADA

*/s/ Kimberly Sokolich*

By:  AUSA Kimberly Sokolich

## ORDER

Upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the initial appearance, arraignment and plea hearing for the Defendant, Leilani Blanco, presently scheduled for November 3, 2020, shall be vacated and reset to November 5, 2020 at 3:30 p.m.

IT IS FURTHER ORDERED that counsel shall check in via video not later than 2:30 p.m.

Dated:   Nov. 2, 2020

The Honorable Elayna J. Youchah
U.S. Magistrate Judge

2