DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | ) 2:20-CR-00298-APG-EJY |
| vs. | )<br>) |
| LEILANI BLANCO, | )<br>) |
| Defendants. | ) |

## STIPULATION TO CONTINUE SENTENCING
(First Request)

**IT IS HEREBY STIPULATED AND AGREED,** by and between Christopher Chiou, Acting United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that the instant stipulation be SEALED and that sentencing, currently scheduled for June 29, 2021, be continued at least ninety (90) days, and that it be set for a date and time convenient to the court. This Stipulation is entered into for the following reasons:

1. Ms. Blanco is currently cooperating with the Governments of the United States and Canada.

2. Ms. Blanco is scheduled to testify as a witness in a Canadian prosecution in June and will provide further cooperation to the Government in the United States.

3. The full extent of Ms. Blanco's cooperation will not be known until after trial or resolution of the cases in Canada and the United States.

4. The undersigned has spoken to Ms. Blanco and she has no objection to this request for a continuance.

5. The additional time requested herein is not sought for purposes of delay.

**DATED** this 1ˢᵗ day of June, 2021.

          David Brown /s/

          _____
          DAVID T. BROWN, ESQ.
          Counsel for Defendant

          Kimberly Sokolich /s/

          _____
          KIMBERLY A. SOKOLICH, ESQ.
          United States Attorney

DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:20-CR-00298-APG-EJY |
| vs. | |
| LEILANI BLANCO, | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| Defendants. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Ms. Blanco is currently cooperating with the Governments of the United States and Canada.

2. Ms. Blanco is scheduled to testify as a witness in a Canadian prosecution in June and will provide further cooperation to the Government in the United States.

3. The full extent of Ms. Blanco's cooperation will not be known until after trial or resolution of the cases in Canada and the United States.

4. The undersigned has spoken to Ms. Blanco and she has no objection to this request for a continuance.

5. The additional time requested herein is not sought for purposes of delay.

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

**IT IS THEREFORE ORDERED** that the Stipulation be filed UNDER SEAL.

**IT IS FURTHER ORDERED** that the Tuesday, June 29, 2021, sentencing be vacated and continued to ___October 6___, 2021, at the hour of __9:00 a__.m., in Courtroom #_6C_.

**DATED** this _2nd_ day of June, 2021.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 1st day of June 2021, the **STIPULATION TO CONTINUE SENTENCING** was electronically served upon all attorneys of record in this matter.

David Brown /s/

BY: _____
David T. Brown
Nevada Bar No. 6914
520 S. Fourth Street
Las Vegas, Nevada 89101