DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:20-CR-00298-APG-EJY |
| vs. ) | |
| ) | |
| LEILANI BLANCO, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO TRAVEL

**IT IS HEREBY STIPULATED AND AGREED,** by and between Christopher Chiou, Acting United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that Ms. Blanco be permitted to travel to Hawaii from November 8 to November 17, 2021.

This stipulation is entered into for the following reasons:

1. Ms. Blanco is from Hawaii and would like the opportunity to visit family.

2. Ms. Blanco has been in regular contact with the undersigned and has been compliant with pretrial.

3. The undersigned has spoken with Officer Hopkins, who has been supervising Ms. Blanco while on pretrial, and Ms. Hopkins stated that she had no objection or concerns to Ms. Blanco being given permission for this travel request.

4. One of the Terms of Ms. Blanco's pretrial release is that she get approval to travel outside the continental United States.

5. The request is made in good faith while this case is pending.

6. The parties request that Ms. Blanco be permitted to travel from November 8 through November 17, 2021 to Hawaii to visit family.

**DATED** this 11th day of October, 2021.

David Brown /s/

_____
DAVID T. BROWN, ESQ.
Counsel for Defendant

Kimberly Sokolich /s/

_____
KIMBERLY A. SOKOLICH, ESQ.
United States Attorney

DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:20-CR-00298-APG-EJY |
| ) | |
| vs. ) | |
| ) | **FINDINGS OF FACT, CONCLUSIONS** |
| LEILANI BLANCO, ) | **OF LAW, AND ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Ms. Blanco is from Hawaii and would like the opportunity to return to visit family.

2. Ms. Blanco has been in regular contact with the undersigned and has been compliant with pretrial.

3. The undersigned has spoken with Officer Hopkins, who has been supervising Ms. Blanco while on pretrial, and Ms. Hopkins stated that she had no objection or concerns to Ms. Blanco being given permission for this travel request.

4. One of the Terms of Ms. Blanco's pretrial release is that she get approval to travel outside the continental United States.

5. The request is made in good faith while this case is pending.

6. The parties request that Ms. Blanco be permitted to travel from November 8 through November 17, 2021 to Hawaii to visit family.

## ORDER

**IT IS HEREBY ORDERED** that Leilani Blanco be permitted to travel from Georgia to Hawaii November 8 through November 17, 2021 to visit family.

**DATED** this 12th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE