DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:20-CR-00298-APG-EJY |
| vs. ) | |
| ) | |
| LEILANI BLANCO, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## STIPULATION TO CONTINUE SENTENCING
(Third Request)

**IT IS HEREBY STIPULATED AND AGREED,** by and between Christopher Chiou, Acting United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that sentencing, currently scheduled for November 18, 2021, be continued at least two (2) weeks, and that it be set for a date and time convenient to the court.  This Stipulation is entered into for the following reasons:

    1.    Counsel for Ms. Blanco is going to be out of the jurisdiction on the date the sentencing is currently set.

    2.    The undersigned has spoken to Ms. Blanco and she has no objection to this request for a continuance.

/ / /

/ / /

3. The additional time requested herein is not sought for purposes of delay.

**DATED** this 4th day of November, 2021.

David Brown /s/

_____
DAVID T. BROWN, ESQ.
Counsel for Defendant

Kimberly Sokolich /s/

_____
KIMBERLY A. SOKOLICH, ESQ.
United States Attorney

DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:20-CR-00298-APG-EJY |
| vs. | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| LEILANI BLANCO, | |
| Defendants. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Ms. Blanco is going to be out of the jurisdiction on the date the sentencing is currently set.

2. The undersigned has spoken to Ms. Blanco and she has no objection to this request for a continuance.

3. The additional time requested herein is not sought for purposes of delay.

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

**IT IS FURTHER ORDERED** that the Thursday, November 18, 2021, sentencing be vacated and continued to __December 9__, 2021, at the hour of __11:30 a__.m., in Courtroom # __6C__.

**DATED** this __5th__ day of November, 2021.

_____
United States District Judge