PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.   Crim No. 2:20CR00298-APG-EJY

Leilani Blanco

On December 9, 2021 the above named was placed on probation for a period of three (3) years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. The U.S Attorney's Office has no opposition to Blanco's early termination request. It is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

*Briana Casey*  
Digitally signed by Briana Casey  
Date: 2024.01.09 09:40:49 -08'00'

Briana Casey  
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this   10th   day of   January   ,2024

Andrew P. Gordon  
United States District Judge